**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Ramon RAMIREZ–NIEVES,
Defendant–Appellant.**

**No. 04–51286.**

United States Court of Appeals,
Fifth Circuit.

Decided May 27, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that appellees unopposed motion to vacate the sentence is granted.

IT IS FURTHER ORDERED that appellees unopposed motion to remand case to the United States District Court for the Western District of Texas, El Paso Division, for resentencing is granted.

IT IS FURTHER ORDERED that appellees unopposed motion in the alternative to extend time to file appellees brief until 14 days from the Courts denial of appellees motion to vacate and remand is denied as moot.

---

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R.